# UNITED STATES DISTRICT COURT
для
## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. _____

U.S.A.

v.

_____

## *JUDGMENT and ORDER TO PAY*

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
               _____
               City        State      Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS.  **NOTE:  FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____        _____
                                     Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(  ) **FINE** of $ _____        (  ) **Penalty ASSESSMENT** of $ _____

(  ) **PROCESSING Fee** of $ _____        for a **TOTAL AMOUNT** of $ _____ ,

paid within _____ days / months  **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**.

(  ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
(  ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
(  ) RESTITUTION _____
(  ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
(  ) Traffic School By: _____ with Proof mailed to _____
(  ) PROBATION to be unsupervised / supervised for: _____
_____
_____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

    CENTRAL VIOLATIONS BUREAU        CLERK, U.S.D.C.              CLERK, U.S.D.C.
    PO Box 70939                             501 'I' St., #4-200            2500 Tulare St., Rm 1501
    Charlotte, NC 28272-0939             Sacramento, CA 95814       Fresno, CA 93721
    1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: _____        _____
                                       U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007